UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
Date: 3/14/2022 3:40 PM via: email
Clerk, U.S. Bankruptcy
Orlando Division

In re:
**CHRISTINE LYNNE QUATTRY-PEACOCK**
aka Christine Lynne Peacock
aka Christine Lynne Quattry,
**Debtor**

CASE NO:
**6:22-bk-00264-LVV**
CHAPTER 13

## NOTICE OF FILING OBJECTION
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR ORDER GRANTING A TWO-YEAR BAR UNDER §362(d)(4)(B)

**COMES NOW**, Christine Quattry Peacock ("Debtor") objects to erroneous mischaracterizations and disputes the alternative facts and slander presented by Wells Fargo Bank, N.A. ("WFB"), a false claimant, **with no security interest**, seeking to circumvent the bankruptcy process, peddle misinformation, commit fraud upon the Court, avoid filing a Proof of Claim with requisite proof (due to a failed effort in case 6:15-bk- 08657-CCJ), steal Debtors **paid-in-full property** (**Exhibit A**) located at 3876 Villa Rose Lane, Orlando, FL 32808 using manufactured documents, committed a long list of serious crimes against the homeowners, and attempt to impede Debtors right to dispute the fraudulent claim. Debtor requests the Court take notice of the "*Administrative Order Prescribing Procedures for Chapter 13 Cases Filed On Or After August 1, 2020*", [DE 5], and asks the Court take judicial notice of items **#6eii and #6eiii**, in pertinent part…

1

6. **Adequate Protection for Secured Creditors and Lessors.** Pending confirmation of a Plan and as a condition of Debtor's continued possession or use of real or personal property subject to a security interest, the following, when taken collectively, shall constitute adequate protection to each such secured creditor:

e. The Trustee shall make monthly disbursements of adequate protection payments to secured creditors and lessors prior to confirmation of the Plan, as soon as practicable, **if:**

> **i. The Plan provides for such payment to the secured creditor/lessor;**
>
> **ii. The secured creditor/lessor has filed a proof of claim OR Debtor or the Trustee has filed a proof of claim under § 501(c); and**
>
> **iii. No objection to the proof of claim is pending.**

## Narrative Background & Summary

While *Administrative Orders* dictate "Adequate Protection" be provided, WFB is not **NOT a Secured Creditor**, was not able to get a *Proof of Claim* allowed in case# 6:15-bk-08657-CCJ, has **no valid security interest in the subject property and never had standing to foreclose** a *Mortgage* to Great Western Savings Bank, recorded in Book 5253, Pg. 2843, Public Records of Orange County, FL with the 1-count 2010-CA-02345-O **Complaint** filed sans requisite certification to be filed concurrent, later **vacated** after **fraud was alleged**, to avoid discovery.

Lack of subject matter jurisdiction/ standing is a fatal failure resulting in *void ab initio* judgment (Const.Art.III, Sec.2). This case, with **heroic obstruction** by WFB of discovery & evidentiary hearings (standing, fraud, discovery, compel, failure to join), resulted in *11 motions pending in a case not at issue for trial.* (Fla.R.Civ.P.1.440(a)).

From 2007 forward, with no *Note, Servicing Agreement* or security interest, WFB refused to communicate with Debtor after she asked for these documents or some proof of association to the WAMU-serviced account it knew absolutely nothing about (monthly payment amount, transfer of ownership, lump sum payment made) and began a series of crimes against the homeowners devastating & disabling Debtor financially, medically and emotionally, literally stealing her possessions, and her life. During multiple (6+) episodes of trespass, vandalism, break-in, burglary, lockout, and unlawful detainer, all possessions of Michael Roggio, the resident homeowner and active service Navy servicemember were stolen by WFB "property preservation" agents without **Writ of Possession**, as well as many items and keepsakes left by his grandmother. Later, Debtors possessions and supplies and materials for remodeling were robbed from the home prior to the series of 3 lockdowns as Debtor was moving into the property in 2011 that began while Debtor was hospitalized and undergoing life-saving surgery. Break-ins & robberies continued as Violations of Stay after Suggestion of Bankruptcy [DE 27 & 45]. WFB never obtained a **Writ of Possession** even though Judge Meyers had shouted at the WFB witness asking what gave them the right to break into the home (without sanction or dismissal as required). Actions of "Unclean Hands" actions of relentless robbery, unlawful detainer, were coupled with extortion to sign a Loan Modification under duress of lockdown and theft. It should be no surprise that made the purchase of the $1659.60 *Trial Transcript* impossible due to the actions of WFB.

In the absence of the *Trial Transcript*, WFB committed fraud upon the court when using a *Loan Modification* stricken for fraud and manufactured *Lost Note, Lost Note Affidavit* and *Allonge* that were **not in evidence** to make the 5DCA case.

***These three matters, lack of standing, case not at issue with 11 motions pending due to obstruction, and using documents not allowed into evidence due to financially disabling the Debtor are MANDATORY REVERSABLE ERRORS and make both the 9th District Civil and 5DCA cases VOID AB INITIO.***

The concocted *Loan Modification* was *stricken*, and lost *Note* | *Lost Note Affidavit* | *Allonge* that made a ta-da appearance with Marshall C. Watson fraudclosure attorneys did not make it into the **Evidence Control Sheet**. Attorney Hruby is prohibited from using standing documents *not in evidence* to support a position of "Secured Creditor".

**WHEREFORE,** Debtor will address each WFB claim in numerical order and is working day and night preparing:

## OBJECTION & RESPONSE
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR ORDER GRANTING A TWO-YEAR BAR UNDER §362(d)(4)(B)**

Continued…

Debtor has new evidence as well as the Trial Transcript that Wells Fargo Bank NA made impossible to afford with relentless crimes against the homeowners, and in particular the Debtor that caused financial demise, medical failure and extreme emotional distress due to break-ins, robberies, unlawful detainer, extortion, fraud, and a series of serious crimes. Debtor is working diligently to prepare an extensive objection and response, complete with EXHIBITS and a thorough bookmarked ADDENDUM, and begs the Courts patience while it is being completed for filing in advance of the hearing on the matter. For now, please accept that I have put in place a STRONG OBJECTION to the fabrications and slander of Wells Fargo Bank NA

/s/ Christine Quattry Peacock, Debtor
1190 July Circle, Deltona, FL 32738
legal@digital-studios.biz
407-807-4035 (Caption Call out of order/please email)

**I HEREBY CERTIFY** that a true copy hereof has been served electronically to the Clerk of the Court for distribution, this 14th day of March, 2022.

/s/ Christine Quattry Peacock, Debtor
1190 July Circle, Deltona, FL 32738
legal@digital-studios.biz
407-807-4035 (Caption Call out of order/please email)