FILED
Date: 04/18/2022@1:45pm via:email
Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
CHRISTINE LYNNE QUATTRY-PEACOCK
aka Christine Lynne Peacock
aka Christine Lynne Quattry,
**Debtor**

CASE NO:
**6:22-bk-00264-LVV**
CHAPTER 13

### PRO SE MOTION FOR CONTINUANCE OF HEARING OR ALLOW A TWO-PART HEARING WITH PART II 30 DAYS OUT FOR

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR ORDER GRANTING A TWO-YEAR BAR UNDER §362(d)(4)(B)

**THE UNDERSIGNED party, DEBTOR Christine Quattry Peacock**, moves the court for an order continuing a hearing or trial which has been set for April 19, 2022 @ 1:30p.m. I received ample notice of the hearing or trial but was unable to arrange a badly needed Pro Se Clinic consultation until 3/29/2022. I was given advice that entailed starting from scratch and handling the priority matter in the trial court. It has taken most every hour of my waking days to arrange and coordinate the matter at issue with my DAV son who is in Europe with his new wife. We are co-owners of the property that was his home under forced detainer (resolved). We own the home but are not signors or debtors on any mortgage, contract, or Loan Modification on the home but received the home via Trust distribution free of mortgage in 2007.

I was able to complete my re-training (after 2 serious accidents) through Vocational Rehab during the pandemic and earn the funds to purchase the **Trial Transcript**, post 5DCA appeal unfortunately, due to crimes committed against the homeowners by Wells Fargo Bank, the proximate cause of financial failure. The "**Motion to Quash False Service of Process and Notice of Void Judgment**" with **Exhibit Appendix**, and **Trial Transcript** (not yet docketed) for with my DAV son who is traveling with his new wife. The very large file is HERE:
https://digital-studios.biz/622-bk-00264/Quash-MOTION_Void-NOTICE_2010-CA-023451-O.pdf

The Trial Transcript, which is HUGE is broken int 3 parts… (which couldn't be sent via email)
Pages 1-99: https://digital-studios.biz/622-bk-00264/_Transcript_082715.1-99.pdf
Pages 100-199: https://digital-studios.biz/622-bk-00264/_Transcript_082715.100-199.pdf
Pages 200-277: https://digital-studios.biz/622-bk-00264/_Transcript_082715.200-277.pdf

These were distributed to the Trial Court list serve last week, including Brock & Scott PLLC

I tried very hard to get the motion that needs to be before this Court in place timely but I have limitations and work much slower than I like. I am actually hoping for at least another 2 weeks to prepare this important document, *30 days out if at all possible please*, so that I might have time to do some work also before I loose my new and very understanding client ($275.00 retainer). I have also had to put my Vocational Rehab aside and they are not as understanding so I just need a little time, please.

**I understand that the filing of this motion does not cancel the hearing or trial.**

I certify that a copy of this motion was ☐ emailed; ☐ faxed and mailed; ☐ hand delivered; to the person(s) listed below today, April 18, 2022.

/s/ Christine Quattry Peacock, Debtor
1190 July Circle, Deltona, FL 32738
legal@digital-studios.biz
407-807-4035 (Caption Call out of order/please email)

A copy of this request has been sent to Anna DeVilliers,
attorney for Trustee. Laurie Weatherford at anad@13orl.com; and
Patrick Hruby, attorney for claimant Wells Fargo Bank, NA at Floridabklegal@brockandscott.com;
_____ ;

Brock & Scott, PLLC
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: (954) 618-6954
Email: Floridabklegal@brockandscott.com
By: /s/ Patrick Hruby
Patrick Hruby
Florida Bar No. 0088657
Attorney for Wells Fargo Bank, N.A.

MAS 10/08

## PRO SE MOTION FOR CONTINUANCE OF HEARING OR TRIAL

### INSTRUCTIONS

1. Good cause must be shown to get a continuance. The judge decides what is good cause. Put all your reasons in the motion for a continuance because the judge may rule without a hearing.

2. A Motion for Continuance should be made as soon as the party learns of a conflict. Attempts should be made to change the date with the consent of the other party before the motion is filed. The closer it is to the hearing date the more difficult it is to get a continuance.

3. Continuances will not be granted because the timing of the hearing is inconvenient for you. Litigation is seldom convenient. If you received reasonable notice of the hearing and you did not object at the time, pre-paid vacations, elective surgery, work or school conflicts may not be sufficient to get a continuance.

4. Continuances requested on the eve of trial because you are not prepared ordinarily will not be granted. Do not wait until the last minute to subpoena important witnesses. Do it as soon as you receive notice of the hearing.

5. Continuances usually are not granted at the last minute to allow you time to hire an attorney.

6. Filing a Motion for Continuance does not stop the hearing or trial from occurring.

7. Until the judge rules on the motion you should plan on being at the hearing as scheduled.

8. When possible, you should include a FAX number on the motion so a copy of the judge's order can be quickly transmitted.

9. Hearings set on emergency motions may be difficult to continue.

MAS 10/08