**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE:<br>CHRISTINE LYNNE QUATTRY-PEACOCK<br>　　　　　DEBTOR | CASE NO. 6:22-BK-00264-LVV<br>CHAPTER 13 |

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the *Order Granting Motion for Relief from the Automatic Stay and Granting Two-Year Bar* (ECF No. 37) was served electronically or via U.S. mail, first-class postage prepaid, to: CHRISTINE LYNNE QUATTRY-PEACOCK, 1190 JULY CIR, DELTONA, FL 32738-6849; Laurie K Weatherford, Bankruptcy Trustee, Post Office Box 3450, Winter Park, FL 32790; and the United States Trustee - ORL7/13, 7, US Trustee Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801, this 29th day of April, 2022.

*/s/Patrick Hruby*
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Shilpini Burris, FL Bar No. 27205
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (954) 618-6955
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com