**Fill in this information to identify your case:**

Debtor 1: Christine Lynne Quattry - Peacock
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:22-bk-00264-LVV
(If known)

Date: 04/29/2022    via: email
Clerk, U.S. Bankruptcy
Orlando Division

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Last 4 digits of account number __ __ __ __   $_____  $_____  $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Last 4 digits of account number __ __ __ __   $_____  $_____  $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 6

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

☐

_____    Last 4 digits of account number __ __ __ __    $_____    $_____    $_____
Priority Creditor's Name
                                When was the debt incurred?  _____
_____
Number    Street                As of the date you file, the claim is: Check all that apply.

                                ☐ Contingent
_____    ☐ Unliquidated
City        State    ZIP Code   ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                 **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Domestic support obligations
☐ At least one of the debtors and another    ☐ Taxes and certain other debts you owe the government
                                ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt    ☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

☐

_____    Last 4 digits of account number __ __ __ __    $_____    $_____    $_____
Priority Creditor's Name
                                When was the debt incurred?  _____
_____
Number    Street                As of the date you file, the claim is: Check all that apply.

                                ☐ Contingent
_____    ☐ Unliquidated
City        State    ZIP Code   ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                 **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Domestic support obligations
☐ At least one of the debtors and another    ☐ Taxes and certain other debts you owe the government
                                ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt    ☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

☐

_____    Last 4 digits of account number __ __ __ __    $_____    $_____    $_____
Priority Creditor's Name
                                When was the debt incurred?  _____
_____
Number    Street                As of the date you file, the claim is: Check all that apply.

                                ☐ Contingent
_____    ☐ Unliquidated
City        State    ZIP Code   ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                 **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Domestic support obligations
☐ At least one of the debtors and another    ☐ Taxes and certain other debts you owe the government
                                ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt    ☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor 1  Christine  Lynne  Quattry - Peacock  Case number (if known) 6:22-bk-00264-LVV
        First Name    Middle Name    Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                    **Total claim**

**4.1** Resurgent (JC Penney)                       Last 4 digits of account number  1  7  4  8      $  409.25
Nonpriority Creditor's Name
PO Box 10587                                         When was the debt incurred?  _____
Number   Street
Greenville           SC        29603
City                 State     ZIP Code              As of the date you file, the claim is: Check all that apply.
                                                     ☐ Contingent
Who incurred the debt? Check one.                    ☐ Unliquidated
☑ Debtor 1 only                                      ☑ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                         **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ Check if this claim is for a community debt        ☐ Obligations arising out of a separation agreement or divorce
                                                        that you did not report as priority claims
Is the claim subject to offset?                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                 ☑ Other. Specify  False Claim 18 U.S.C. §152(4)
☐ Yes

**4.2** Resurgent (Pinnacle Credit Services, LLC, Verizon)  Last 4 digits of account number  0  0  0  1   $  130.26
Nonpriority Creditor's Name
PO Box 10587                                         When was the debt incurred?  _____
Number   Street
Greenville           SC        29603                 As of the date you file, the claim is: Check all that apply.
City                 State     ZIP Code
                                                     ☐ Contingent
Who incurred the debt? Check one.                    ☐ Unliquidated
☑ Debtor 1 only                                      ☑ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                         **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ Check if this claim is for a community debt        ☐ Obligations arising out of a separation agreement or divorce
                                                        that you did not report as priority claims
Is the claim subject to offset?                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                                 ☑ Other. Specify  False Claim 18 U.S.C. §152(4)
☐ Yes

**4.3** _____              Last 4 digits of account number  __ __ __ __      $  0.00
Nonpriority Creditor's Name
                                                     When was the debt incurred?  _____
Number   Street
_____
City                 State     ZIP Code              As of the date you file, the claim is: Check all that apply.
                                                     ☐ Contingent
Who incurred the debt? Check one.                    ☐ Unliquidated
☑ Debtor 1 only                                      ☑ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                         **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                     ☑ Student loans
☐ Check if this claim is for a community debt        ☐ Obligations arising out of a separation agreement or divorce
                                                        that you did not report as priority claims
Is the claim subject to offset?                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                 ☑ Other. Specify  _____
☑ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 6

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                   Total claim

**4.4**

Nonpriority Creditor's Name: ECMC
P.O. 16408
Number    Street
St. Paul          MN    55116
City              State  ZIP Code

Last 4 digits of account number  5  8  1  7           $ 55,364.08

When was the debt incurred?  01/01/1995

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  wrong amount, # of loans

---

**4.5**

Nonpriority Creditor's Name: Wells Fargo Bank, N.A.
1000 Blue Gentian Rd.
Number    Street
Eagan             MN    55121
City              State  ZIP Code

Last 4 digits of account number  9  0  5  8           $ 108,018

When was the debt incurred?  _____

Who incurred the debt? Check one.
☐ Debtor 1 only     ┌─────────────────────────┐
☐ Debtor 2 only     │ No One | Fraudulent Claim │
                    └─────────────────────────┘
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Fraudulent Claim/ Mod Striken
┌──────────────────────────────────────────────────────────┐
│ 2010-CA-023451-O currently open and under dispute re:     │
│ racketeering, fraud, forgery & failure to join co-homeowner.│
└──────────────────────────────────────────────────────────┘

---

Nonpriority Creditor's Name: _____
Number    Street _____
City              State  ZIP Code

Last 4 digits of account number  __  __  __  __        $ _____

When was the debt incurred?  _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1   Christine  Lynne  Quattry - Peacock                             Case number (if known) 6:22-bk-00264-LVV
           First Name   Middle Name    Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name |
|---|
| Number   Street |
| City   State   ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    Christine  Lynne  Quattry - Peacock       Case number *(if known)* 6:22-bk-00264-LVV
           First Name    Middle Name    Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. Student loans | 6f. | $ 55,364.08 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 108,657.51 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ 164,021.59 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that per Bankruptcy Rule 9036, a true copy hereof has been served electronically this 29th day of April, 2022 to the Clerk of the Court for distribution to the revised Creditor Matrix attached.

/s/ Christine Quattry Peacock, Debtor
1190 July Circle, Deltona, FL 32738
legal@digital-studios.biz
407-807-4035 (Caption Call out of order/please email)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-00264-LVV<br>Middle District of Florida<br>Orlando<br>Thu Apr 28 16:43:22 EDT 2022 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | A.R. Resources/Emergency Medicine Profession<br>1777 Sentry Parkway<br>Bluebell, PA 19422-2207 |
| CACH LLC<br>c/o Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587<br>askbk@resurgent.com | Central Florida Medical Imaging, P.A.<br>P.O. Box 5938<br>Chattanooga, TN 37406-0938 | ECMC<br>P.O. Box 16408<br>St. Paul, MN55116-0408<br>bankruptcydept@ecmc.org |
| Emergency Medical Professionals, P.A.<br>P.O. Box 9430<br>Daytona Beach, FL 32120-9430 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Halifax Health<br>P.O. Box 732894<br>Dallas, TX 75373-2894 |
| Halifax Health<br>PO Box 3475<br>Toledo, OH 43607-0475 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (p)NORTH AMERICAN CREDIT SERVICES<br>PO BOX 182221<br>CHATTANOOGA TN 37422-7221 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>askbk@resurgent.com | (p)RECEIVABLE MANAGEMENT GROUP<br>ATTN BANKRUPTCY<br>2901 UNIVERSITY AVE STE #29<br>COLUMBUS GA 31907-7601 | TENANTS<br>Thomas Sutton and Jackie Rainey<br>3876 Villa Rose Lane<br>Orlando, FL 32808-2222 |
| United Collection Service/<br>County of Volusia EVAC<br>106 commerce St. Ste 106<br>Lake Mary, FL 32746-6217 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Wells Fargo Bank N.A.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663<br>POCNOTIFICATIONS@WELLSFARGO.COM |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629<br>POCNOTIFICATIONS@WELLSFARGO.COM | Christine Lynne Quattry-Peacock<br>1190 July Circle<br>Deltona, FL 32738-6849 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| North American Credit Services/<br>MEDICAL-Florida Hospital Fish Memorial<br>2810 Walker Rd<br>PO Box 182221<br>Chattanooga, TN 37421-1082 | (d)North American Credit Services/<br>SW Volusia Prof Services<br>2810 Walker Rd<br>PO Box 182221<br>Chattanooga, TN 37421-1082 | Receivable Management Group/<br>Central FL Imaging<br>2901 University Ave.<br>Columbus, GA 31907-7606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.    End of Label Matrix
                             Mailable recipients    20
                             Bypassed recipients     1
                             Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-00264-LVV<br>Middle District of Florida<br>Orlando<br>Thu Apr 28 16:43:22 EDT 2022 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | A.R. Resources/Emergency Medicine Profession<br>1777 Sentry Parkway<br>Bluebell, PA 19422-2207 |
| CACH LLC<br>c/o Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587<br>askbk@resurgent.com | Central Florida Medical Imaging, P.A.<br>P.O. Box 5938<br>Chattanooga, TN 37406-0938 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408<br>bankruptcydept@ecmc.org |
| Emergency Medical Professionals, P.A.<br>P.O. Box 9430<br>Daytona Beach, FL 32120-9430 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Halifax Health<br>P.O. Box 732894<br>Dallas, TX 75373-2894 |
| Halifax Health<br>PO Box 3475<br>Toledo, OH 43607-0475 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (p)NORTH AMERICAN CREDIT SERVICES<br>PO BOX 182221<br>CHATTANOOGA TN 37422-7221 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>askbk@resurgent.com | (p)RECEIVABLE MANAGEMENT GROUP<br>ATTN BANKRUPTCY<br>2901 UNIVERSITY AVE STE #29<br>COLUMBUS GA 31907-7601 | TENANTS<br>Thomas Sutton and Jackie Rainey<br>3876 Villa Rose Lane<br>Orlando, FL 32808-2222 |
| United Collection Service/<br>County of Volusia EVAC<br>106 commerce St. Ste 106<br>Lake Mary, FL 32746-6217 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Wells Fargo Bank N.A.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663<br>POCNOTIFICATIONS@WELLSFARGO.COM |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629<br>POCNOTIFICATIONS@WELLSFARGO.COM | Christine Lynne Quattry-Peacock<br>1190 July Circle<br>Deltona, FL 32738-6849 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| North American Credit Services/<br>MEDICAL-Florida Hospital Fish Memorial<br>2810 Walker Rd<br>PO Box 182221<br>Chattanooga, TN 37421-1082 | (d)North American Credit Services/<br>SW Volusia Prof Services<br>2810 Walker Rd<br>PO Box 182221<br>Chattanooga, TN 37421-1082 | Receivable Management Group/<br>Central FL Imaging<br>2901 University Ave.<br>Columbus, GA 31907-7606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.