[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: May 2, 2022**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:22−bk−00264−LVV
Chapter 13

Christine Lynne Quattry−Peacock
aka Christine Lynne Peacock
aka Christine Lynne Quattry

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE E/F

   THIS CASE came on for consideration, without hearing, of the Amended Schedule E/F filed April 29, 2022, Doc. No. 40. The Amended Schedule E/F is deficient as follows:

   The filing fee prescribed by 28 U.S.C. § 1930(b) has not been paid.

   The Amendment to Schedules is not limited to only new or deleted information pursuant to Local Rule 1009−1(b).

   The Amended Schedule E/F does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.

   The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

   .

   Accordingly, it is **ORDERED:**

   The Amended Schedule E/F is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.